# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2700

_____

United States of America,            *
                                     *

Appellee,        *

                                  *   Appeal from the United States

v.             *   District Court for the

                                  *   District of Minnesota.

Freddie Ross,             *    [UNPUBLISHED]

                                  *

Appellant.     *

_____

Submitted:  April 26, 2004

Filed:  May 3, 2004

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Freddie Ross appeals the district court's[1] partial denial of his Federal Rule of Criminal Procedure 41(e)[2] motion for return of seized property, which included $8,400 in cash and several noncash items.  We have carefully reviewed the

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

[2]The substance of former subsection (e) is now found in subsection (g), with stylistic changes.  See Fed. R. Crim. P. 41 advisory committee notes (2002 amend.).

record, and we find no clear error.  <u>See</u> <u>United States v. Felici</u>, 208 F.3d 667, 669-70 (8th Cir. 2000) (standard of review), <u>cert. denied</u>, 531 U.S. 1201 (2001).  Police found the $8,400 inside Ross's girlfriend's bedroom closet, Ross initially denied any knowledge of the cash, and he later told police the cash belonged to a Vikings football player.  In addition, Ross's attorney conceded during the Rule 41 hearing that the motion was moot with respect to the seized noncash items.

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____